IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Amy L. Nilson, | NO. C 09-00045 JW |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Green Valley Corporation, | |
| Defendant. | |

Pursuant to the Court's January 23, 2009 Order Granting Application to Proceed in Forma Pauperis; Dismissing Complaint with Prejudice, judgment is entered in favor of Defendant Green Valley Corporation against Plaintiff Amy L. Nilson.

The Clerk shall close this file.

Dated: January 23, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Amy L. Nilson
3735 Senter Road
San Jose, CA 95111

John Richard Till, jtill@paladinlaw.com

| | |
|---|---|
| **Dated: January 23, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>      **Elizabeth Garcia**<br>      **Courtroom Deputy** |

**United States District Court**
For the Northern District of California